FORM 8A. Entry of Appearance                                          Form 8A (p.1)
                                                                       July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-2441

**Short Case Caption:** Street Spirit IP LLC v. eHarmony, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| eHarmony, Inc. | |
|---|---|
| **Principal Counsel:** Douglas A. Grady | Admission Date: 04/05/2006 |
| Firm/Agency/Org.: Baker & Hostetler LLP | |
| Address: 999 Third Avenue, Seattle, WA 98104 | |
| Phone: 206-566-7120 | Email: dgrady@bakerlaw.com |
| **Other Counsel:** Jeff Lyons | Admission Date: 03/29/2023 |
| Firm/Agency/Org.: Baker & Hostetler LLP | |
| Address: 1201 North Market Street, Suite 1407, Wilmington, DE 19801 | |
| Phone: 724-372-3509 | Email: jjlyons@bakerlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/13/23           Signature: /s/ Douglas A. Grady

                         Name: Douglas A. Grady

FORM 8A. Entry of Appearance — Form 8A (p.2) July 2020

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| **Other Counsel:** Paul J. Bruene | Admission Date: 10/13/2023 |
|---|---|
| Firm/Agency/Org.: Baker & Hostetler LLP | |
| Address: 999 Third Avenue, Suite 3900, Seattle, WA 98104 | |
| Phone: 206-566-7113 | Email: pbruene@bakerlaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |