# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-2441

**Short Case Caption** Street Spirit IP LLC v. eHarmony, Inc.

**Filing Party/Entity** eHarmony, Inc.

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

   Street Spirit IP LLC v. Meta Platforms, Inc. and Facebook, Inc., No. 3:23-cv-879, N.D. Cal.

   Street Spirit IP LLC v. Instagram and Meta Platforms, Inc., No. 3:23-cv-883, N.D. Cal.

   Street Spirit IP LLC v. LinkedIn Corp., No. 23-cv-884, N.D. Cal.

   Street Spirit IP LLC v. Match Group Inc., No. 3:23-cv-1304, N.D. Tex.

   Street Spirit IP, LLC v. Match Group, Inc., 6:22-cv-1001, W.D. Tex.

☐    Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

| |
|---|
| Street Spirit IP LLC |
| Meta Platforms, Inc. |
| Facebook, Inc. |
| Instagram |
| LinkedIn Corp. |
| Match Group Inc. |

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

| |
|---|
| William P. Ramey, III, Jeffrey E. Kubiak, Susan S.Q. Kalra, Kyril Vladimir Talanov of Ramey LLP; |
| Paul J. Bruene, Teresa C. Chow, Douglas Anderson Grady of Baker & Hostetler LLP; |
| Alan Michael Billharz, Eric Edmund Lancaster, Lisa Kim Anh Nguyen of Allen & Overy LLP; |
| Christopher Kao, Brock S Weber of Pillsbury Winthrop Shaw Pittman LLP; |
| Gabriel Scott Culver, Robert L Greeson, Erik Janitens of Norton Rose Fulbright US LLP |

☐    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/13/2023

Signature:    /s/ Douglas A. Grady

Name:    Douglas A. Grady