# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-2441

**Short Case Caption:** Street Spirit IP LLC v. eHarmony, Inc.

**Filing Party/Entity:** eHarmony, Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
| --- | --- | --- |
| C.D. Cal. | 2:23-cv-02252 | Patent Infringement |

Relief sought on appeal:  ☑ None/Not Applicable

Relief awarded below (if damages, specify):  ☐ None/Not Applicable

The District Court entered judgment after finding the asserted patent invalid under Section 101 of Title 35 of the United States Code.

Briefly describe the judgment/order appealed from:

Appellant to so describe.

Nature of judgment (select one):          Date of judgment: 8/23/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                  _____

**FORM 26. Docketing Statement**                                      **Form 26 (p. 2)**
**July 2020**

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☑ None/Not Applicable

Have there been discussions with other parties relating to settlement of this case?

☐    Yes    ☑    No

If "yes," when were the last such discussions?

- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?        ☐ Yes      ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes    ☑ No

Explain.

In light of the District Court's finding that the asserted patent is invalid, mediation is not expected to be productive.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 10/13/23

Signature:  /s/ Douglas A. Grady

Name:    Douglas A. Grady

Save for Filing